IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JANICE STEWART                                                                                           PETITIONER

V.                                                                       CIVIL ACTION NO. 1:97CR080-WAP

UNITED STATES OF AMERICA.                                                                    RESPONDENT

## ORDER DENYING MOTION

Petitioner, a *pro se* inmate, has filed a motion for a copy of transcripts and various other documents. She states that she needs the transcripts to prepare a 28 U.S.C. § 2255 motion. Petitioner is presumably asking that the copies be provided at no cost. The court nor the clerk's office provide copies free of charge. Rather, Petitioner is advised that she may request copies from the Clerk's Office at her own expense. Petitioner should contact the Clerk's Office directly as to method and amount of payment. Therefore, the motion (docket entry 39) is DENIED.

SO ORDERED this the 1st day of October, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE